UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MENDEZ, | Case No. 2:18-01868 ODW (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |
| STUART SHERMAN, Warden, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated December 2, 2020 [Dkt. No. 26].

Finding no objections on file, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 26] is accepted;

2. The Petition is dismissed with prejudice;

1    3.   The request for evidentiary hearing is denied; and

2    4.   Judgment is to be entered accordingly.

4   DATED: January 6, 2021    _____
                                THE HONORABLE OTIS D. WRIGHT, II
                                United States District Judge

2