JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MENDEZ, | Case No. 2:18-01868 ODW (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| STUART SHERMAN, Warden, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: January 6, 2021         _____
                               THE HONORABLE OTIS D. WRIGHT, II
                               United States District Judge